## 32948. SHELNUT v. SHELNUT.

PER CURIAM.

There was evidence from which the jury was authorized to find that the plaintiff, formerly the defendant's wife, was entitled to a one-half interest in the residence and that the defendant had conveyed that interest fraudulently. It follows that the trial court did not err in denying defendant's motions for directed verdict and new trial.

*Judgment affirmed. All the Justices concur.*

SUBMITTED NOVEMBER 16, 1977 — DECIDED DECEMBER 5, 1977.

*Guy B. Scott, Jr.,* for appellant.

*Cook, Noell, Bates & Warnes, J. Vincent Cook,* for appellee.